Reuben Levine, appellee, v. Joseph Seigel, appellant. Gen. No. 34,435.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Geo. D. Anthony, for appellant; John E. Wilson, of counsel. Axelrod & Steinberg, for appellee; Solomon Axelrod, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Charles Horn, trading as Charles Horn Lumber Company, appellee, v. C. A. Paltzer Lumber Company, appellant. Gen. No. 34,447.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Joel Baker, for appellant; Charles W. Paltzer, of counsel. Louis J. Jacobson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Anna G. Hixson, appellee, v. The Great Atlantic & Pacific Tea Company, appellant. Gen. No. 34,462.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Ashcraft & Ashcraft, for appellant; Russell F. Locke, of counsel. V. Russell Donaghy and Stuart B. Krohn, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Donchian Furniture Company, Inc., appellant, v. V. H. Magarian, appellee. Gen. No. 34,551.

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed December 16, 1930.

Edward C. Guilmez, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Barnes delivered the opinion of the court.